# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Flaton III, John  
        Debtor(s)

CHAPTER 13

BKY. NO. 16-18349 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2608

                                  Respectfully submitted,

                                  **/s/Brian C. Nicholas, Esquire**  
                                  Brian C. Nicholas, Esquire  
                                  Thomas Puleo, Esquire  
                                  KML Law Group, P.C.  
                                  701 Market Street, Suite 5000  
                                  Philadelphia, PA 19106-1532  
                                  (215) 825-6306  FAX (215) 825-6406