# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-18349-ELF

JOHN FLATON III

4421 KNORR ST.

PHILADELPHIA, PA 19135-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN FLATON III

4421 KNORR ST.

PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

Date: 5/11/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee