*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John Flaton

    Debtor(s)

Case No: 16–18349–elf

Chapter: 13

---

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay the Final
Installment Payment in the amount
of $10.00.

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court


on: 5/23/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: May 12, 2017