United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Flaton  
    Debtor

Case No. 16-18349-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: jch　　　Page 1 of 1　　　Date Rcvd: May 12, 2017  
　　　　　　　　　　　　Form ID: 175　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
db　　　　+John Flaton, III,　　4421 Knorr St.,　　Philadelphia, PA 19135-2241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS　　on behalf of Creditor　U.S. Bank National Association, Trustee For The Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com,　bkgroup@kmllawgroup.com  
        ERIK B. JENSEN　　on behalf of Debtor John  Flaton, III john@erikjensenlaw.com, regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com  
        LEROY W. ETHERIDGE, JR.　　on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
        United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER　　ecfemails@ph13trustee.com,　philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John Flaton
    Debtor(s)

Case No: 16–18349–elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay the Final Installment Payment in the amount of $10.00.

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 5/23/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: May 12, 2017

53
Form 175