# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| John Flaton, III | : CHAPTER 13 |
| Debtor | : |
| | : |
| U.S. Bank, N.A., Trustee for Pennsylvania Housing Finance Agency | : |
| Movant | : BANKRUPTCY NO.: 16-18349-elf |
| | : |
| v. | : |
| John Flaton, III | : |
| Debtor(s) | : |

## DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)

Debtor, by his attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1.- 5.    Admitted.

6-11.    Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: August 8, 2017          Respectfully submitted,

/S/ Erik B. Jensen
Erik B. Jensen, Esq.