### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: John Flaton, III
        Debtor(s)

Case No: 16–18349–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Filed by MATTEO SAMUEL WEINER on behalf of U.S. Bank National Association, Trustee For The Pennsylvania Housing Finance Agency

on: 1/9/18

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/28/17

Timothy B. McGrath
Clerk of Court