United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-18349-elf
John Flaton, III                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Pamela | Page 1 of 1 | Date Rcvd: Dec 28, 2017 |
|---|---|---|---|
|  | Form ID: 167 | Total Noticed: 1 |  |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.
db          +John Flaton, III,    4421 Knorr St.,    Philadelphia, PA 19135-2241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor John  Flaton, III akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John Flaton, III
    Debtor(s)

Case No: 16–18349–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Filed by MATTEO SAMUEL WEINER on behalf of U.S. Bank National Association, Trustee For The Pennsylvania Housing Finance Agency

    on: 1/9/18

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/28/17

Timothy B. McGrath
Clerk of Court

91 – 86
Form 167