# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| John Flaton, III | : | |
| | : | |
| | : | BANKRUPTCY NO.: 16-18349-elf |

## ORDER

AND NOW, to wit this 20th day of June, 2018, upon consideration of Debtors' Amended Motion to Vacate Order Dismissing Debtor, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

John Flaton, III
4421 Knorr
Philadelphia, PA 19135